METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. HOWARD A. SPERRY,

Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.